UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN EDWARD ROACH,

                Petitioner,

    v.

ATTORNEY GENERAL,

                Respondent.

CASE NO. 3:23-cv-05446-BHS-GJL

REPORT AND RECOMMENDATION

Noting Date: August 25, 2023

      The District Court has referred this action filed pursuant to 28 U.S.C. § 2254 to United States Magistrate Judge Grady J. Leupold. On May 16, 2023, Petitioner John Edward Roach, proceeding *pro se*, filed a proposed habeas corpus Petition. Dkt. 1. In the Petition, Petitioner listed a residential location as his address and only implied that he is "in custody" within the meaning of § 2254 by providing a "Prisoner No." *Id*. As a result, on June 7, 2023, the Court issued an Order directing Petitioner to show cause before July 7, 2023, why his habeas Petition should not be dismissed for lack of subject matter jurisdiction because Petitioner is not "in custody" within the meaning of § 2254. Dkt. 3.

REPORT AND RECOMMENDATION - 1

Petitioner has failed to comply with the Court's Order. He has not responded to the Court's June 7, 2023, Order with a showing that he is "in custody" within the meaning of § 2254. Thus, the Court does not have subject matter jurisdiction to make a determination as to the habeas Petition on the merits. Accordingly, the Court recommends that this case be dismissed without prejudice. Based on the foregoing, the Court concludes Petitioner is not entitled to a Certificate of Appealability with respect to this Petition. *See* 28 U.S.C. § 2253(c)(2).

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on August 25, 2023, as noted in the caption.

Dated this 7th day of August, 2023.

Grady J. Leupold
United States Magistrate Judge