1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN EDWARD ROACH,

                Petitioner,

    v.

ATTORNEY GENERAL,

                Respondent.

CASE NO. C23-5446 BHS

ORDER

13        THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's

14 Report and Recommendation (R&R), Dkt. 4, recommending the court dismiss petitioner

15 John Edward Roach's habeas petition for lack of jurisdiction, and decline to issue a

16 Certificate of Appealability under 28 U.S.C. § 2253(c)(2).

17        A district court "shall make a de novo determination of those portions of the report

18 or specified proposed finding or recommendations *to which objection is made*." 28

19 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute

20 makes it clear that the district judge must review the magistrate judge's findings and

21 recommendations de novo *if objection is made*, but not otherwise." *United States v.*

22 *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires

"specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

Petitioner Roach has not objected to the R&R. Accordingly, Roach is not entitled to have the Court review any portion of the R&R de novo. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); *Reyna-Tapia*, 328 F.3d at 1121. Therefore:

(1) The R&R is **ADOPTED**;

(2) Petitioner Roach's petition for a writ of habeas corpus, Dkt. 1, is **DENIED**;

(3) This action is **DISMISSED**;

(4) The Court will **NOT ISSUE** a Certificate of Appealability under 28 U.S.C. § 2253(c)(2); and

(5) The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 8th day of September, 2023.

BENJAMIN H. SETTLE
United States District Judge